MICHAEL MARTINO *v.* OLIVER BOTTEILLER ET AL.
(12352)

FOTI, HEIMAN and FREEDMAN, Js.
Submitted on briefs May 9—decision released May 31, 1994

*Sue L. Wise* filed a brief for the appellant (plaintiff).

*Thomas E. Stevens* filed a brief for the appellee (named defendant).

*Patricia M. O'Neil* filed a brief for the appellee (defendant Mary Botteiller).

PER CURIAM. The judgment is affirmed.